**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES WONG,<br><br>        Plaintiff,<br><br>   v.<br><br>QINGDAO YIJIA NATIVE IMPORT & EXPORT, LTD., DOES 1-10, inclusive,<br><br>        Defendants. | CV-13-07207 RSWL-FFM<br><br>**ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION** |

    The Court is in receipt of Plaintiff James Wong's ("Plaintiff") Complaint. The Court hereby **ORDERS** Plaintiff to show cause why this case should not be dismissed for lack of subject matter jurisdiction.

    Federal courts are courts of limited jurisdiction, and the burden of establishing jurisdiction rests upon the party asserting jurisdiction. See <u>Kokkonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375, 377 (1994). District courts have original jurisdiction over: (1) civil actions against foreign states; (2) civil actions

1

arising under the Constitution, laws or treaties of the United States; and (3) civil actions where there is complete diversity of citizenship among the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs.  28 U.S.C. §§ 1331-1334.

For the purposes of 28 U.S.C. § 1332, "a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business."  28 U.S.C. § 1332(c)(1).

Although Plaintiff asserts in his Complaint that Qingdao Yijia Native Import & Export, Ltd. ("Defendant") is a foreign corporation incorporated in the People's Republic of China, Plaintiff does not indicate where Defendant has its principal place of business.  Thus, it is unclear whether complete diversity of citizenship exists between the Parties. Accordingly, the Court hereby orders Plaintiff to show cause, in writing, by **October 23, 2013** as to why this case should not be dismissed for lack of subject matter jurisdiction.  No hearing will be held and the matter will stand submitted upon the filing of Plaintiff's response.

**IT IS SO ORDERED.**

DATED: 10/10/13

RONALD S.W. LEW
_____
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge