JS-6

MARK FANG, ATTORNEY AT LAW APC
Mark Fang, Esq.; SBN 199073
mfang@markfangapc.com
William G. Short, Esq.; SBN 132479
bshort@markfangapc.com
John P. Fukasawa, Esq.; SBN 249015
jfukasawa@markfangapc.com
400 Camarillo Ranch Road, Suite 203
Camarillo, CA 93012
Telephone:  (805) 383-2788
Facsimile:  (805) 388-9488

Attorneys for Defendant and Counterclaimant,
QINGDAO YIJIA NATIVE IMP. & EXP. CO., LTD.

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JAMES WONG, receiver,<br><br>Plaintiff,<br><br>v.<br><br>QINGDAO YIJIA NATIVE IMP. & EXP. CO., LTD., incorporated in the People's Republic of China,<br><br>Defendant,<br>_____<br><br>QINGDAO YIJIA NATIVE IMP. & EXP. CO., LTD., incorporated in the People's Republic of China,<br><br>Counterclaimant, | **Case No.:  CV 13-7207 RSWL (AJWx)**<br><br>Hon. Ronald S.W. Lew<br><br>**JUDGMENT AGAINST YIHE CORPORATION  [16] [17]** |

---

1
ORDER FOR JUDGMENT AGAINST YIHE CORPORATION

v.

JAMES WONG, receiver; et al,

Counterdefendants.

The Court having considered the Amended Stipulation for JUDGMENT [16] of the parties, **NOW FINDS AND RULES AS FOLLOWS:**

**GOOD CAUSE APPEARING THEREFOR**:

The Stipulation to Judgment is hereby approved.

1. QINGDAO YIJIA NATIVE IMP. & EXP. CO. LTD is to recover the sum of $16,410,000 from YIHE CORPORATION for QINGDAO YIJIA NATIVE IMP. & EXP. CO. LTD's counterclaim against YIHE;

2. The Parties are ordered to abide by the terms of the Settlement Agreement executed concurrently herewith and to fulfill the executory provisions contained therein;

3. This Court shall retain continuing jurisdiction over the enforcement, construction and interpretation of this Consent to Judgment and Order.

Subject to the terms of this Judgment and in consideration of the Stipulation for Dismissal [17], the clerk shall close this entire action. Each party shall bear its own attorney fees and costs.

**IT IS SO ORDERED.**
Date: 1/28/2014

RONALD S.W. LEW
_____
**HON. RONALD S. W. LEW**
Senior U.S. District Judge